reasons: (a) That the representation that defendant was interested in the automobile was not substantially variant from the truth in any view of the evidence; and (b) that the evidence did not clearly establish that defendant acted with any felonious intent. Blackmar, P. J., Mills and Rich, JJ., concur; Kelly and Manning, JJ., dissent and vote to affirm.

JOSEPH M. ROMAN and HERBERT CALLMAN, Respondents, v. JAMES STEWART HERRMAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

FREDERICK L. ROTH, Appellant, v. JOHN SCHOLL and Others, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ABRAHAM H. SCHWARTZ, Respondent, v. HOWARD B. BULLARD and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN WINFIELD SCOTT, Respondent, v. CHARLES D. BARRY and Others, Copartners, etc., under the Firm Name and Style of HENRY PEABODY & Co., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

JACOB SILFEN and LENA SILFEN, Appellants, v. SADIE ELLMAN and Others, Respondents.— Judgment of the County Court of Kings county reversed and new trial ordered in said court, costs to abide the event, upon the ground of irregularity in the trial in that the judgment was partially based upon affidavits which are not in the evidence. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

JAMES SLATTERY, an Infant, by JOHN SLATTERY, His Guardian ad Litem, Respondent, v. HERBSTONE REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich and Jaycox, JJ., concur; Putnam, J., concurs on the ground that the question of a nuisance was a matter for the jury, and the verdict was sustained by the effort to cover the spindle with a box before the accident; Kelly, J., dissents on the ground that the facts did not justify the finding that the spindle in question constituted a nuisance (MacRae v. Chelsea Fibre Mills, 145 App. Div. 588), with whom Blackmar, P. J., concurs.

JOHN SLATTERY, Respondent, v. HERBSTONE REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich and Jaycox, JJ., concur; Putnam, J., concurs on the ground that the question of a nuisance was a matter for the jury, and the verdict was sustained by the effort to cover the spindle with a box before the accident; Kelly, J., dissents on the ground that the facts did not justify the finding that the spindle in question constituted a nuisance (MacRae v. Chelsea Fibre Mills, 145 App. Div. 588), with whom Blackmar, P. J., concurs.

MARY SMITH, Individually and as Executrix, etc., of SIDNEY J. SMITH, Deceased, Appellant, v. SARAH A. JOHNSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.